UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NICHOLAS A. THEALL,<br><br>Plaintiff,<br>v.<br><br>WARDEN ROBERT LEGRAND, et al.,<br><br>Defendants. | Case No. 3:13-cv-00558-MMD-VPC<br><br>ORDER |

The Court directed plaintiff to file an amended complaint. (Dkt. no. 4.) Plaintiff has not filed an amended complaint within the allotted time, and the Court will dismiss this action.

It is therefore ordered that this action is dismissed for plaintiff's failure to comply with the Court's order (dkt. no. 4) and for failure to state a claim upon which relief can be granted. The Clerk of the Court shall enter judgment accordingly.

It is further ordered that an appeal from the dismissal of this action would not be taken in good faith.

DATED THIS 15th day of July 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE